```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7124
       FAX: (415) 436-7169
 7
    Attorneys for Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YEVGENIY KESLEMAN, ERNESTO JOSEPH MARTINEZ-GARCIA, <br><br> Plaintiffs, <br><br> v. <br><br> ROBIN L. BARRETT, FIELD OFFICE DIRECTOR, USCIS SAN FRANCISCO DISTRICT OFFICE, et al., <br><br> Defendants. | No. C 09-0831 JL <br><br> **PARTIES' CONSENT TO MAGISTRATE JUDGE JURISDICTION; STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiffs and Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Further, Plaintiffs, by and through his attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated Plaintiff Keselman's application for naturalization, and will adjudicate Plaintiff Martinez-Garcia's application for naturalization within 14 days of the

Stipulation to Dismiss
C 09-0831 JL                    1

1  dismissal of this action.  See 8 U.S.C. § 1447(b).

2     Each of the parties shall bear their own costs and fees.

3  Dated: April 6, 2009                 Respectfully submitted,

4                                 JOSEPH P. RUSSONIELLO
                               United States Attorney

5

6                                        /s/
7                                 ILA C. DEISS[1]
                               Assistant United States Attorney
8                                 Attorneys for Defendants

9

10  Date: April 6, 2009                         /s/
                               ROBERT B. JOBE
11                                 Attorney for Plaintiffs

12

13                                  **ORDER**

14     Pursuant to stipulation, IT IS SO ORDERED.

15

16  Date: May 4, 2009

17                                 JAMES LARSON
                               Chief United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
C 09-0831 JL                            2